BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
GRANT B. RABENN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

FILED
AUG 18 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___J. HELLINGS___
       DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11 CR 00274 LJO |
| Plaintiff, | |
| v. | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(E), FEDERAL RULES OF CRIMINAL PROCEDURE |
| ALFONSO CASAREZ, ROSEMARY FIERROS, VICTOR VASQUEZ, ANGEL OCIRIS GUTIERREZ, ALCIDES URIAS, DIMAS DOMINGUEZ MARTINEZ, JESUS DOMINGUEZ MARTINEZ, LUIS ALBERTO MORENO DELGADO, ARMANDO TREYES ANDRADE, ARMANDO SOLORIO HEREDIA, JOSE MANUEL GARCIA, ARMANDO MARAVILLA, and CASSANDRA CASAREZ FIERROS, Defendants. | |

The United States of America moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 18, 2011, charging the above defendants with violations of 18 U.S.C. Section 371

1

- Conspiracy, 18 U.S.C. Section 1028(a)(1) and Section 2 - Unlawful Production of an Identification Document and Aiding and Abetting, 18 U.S.C. Section 1028(a)(2) and Section 2 - Unlawful Transfer of an Identification Document and Aiding and Abetting, and 18 U.S.C. Section 1001(a)(2) - False Statement be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as each defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except where necessary for the issuance and execution of the warrants.

DATED: August 18, 2011            BENJAMIN B. WAGNER
                                  United States Attorney

                            By:   /s/ Henry Z. Carbajal III
                                  HENRY Z. CARBAJAL III
                                  Assistant U.S. Attorney

IT IS SO ORDERED this 18th day of August, 2011

_____
U.S. Magistrate Judge