IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALFONSO CASAREZ,<br>ROSEMARY FIERROS,<br>VICTOR VASQUEZ,<br>ANGEL OCIRIS GUTIERREZ,<br>ALCIDES URIAS,<br>DIMAS DOMINGUEZ MARTINEZ,<br>JESUS DOMINGUEZ MARTINEZ,<br>LUIS ALBERTO MORENO DELGADO,<br>ARMANDO TREYES ANDRADE,<br>ARMANDO SOLORIO HEREDIA,<br>JOSE MANUEL GARCIA,<br>ARMANDO MARAVILLA, and<br>CASSANDRA CASAREZ FIERROS,<br><br>　　　　　　　Defendants. | CASE NO.  1:11-CR-00274 LJO<br><br>ORDER TO UNSEAL INDICTMENT |



FILED
AUG 22 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

　　The indictment in this case having been sealed by order of this Court on August 18, 2011 and it appearing that such indictment no longer needs to remain sealed based on the government's motion,

　　IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

DATED: August 22, 2011　　　　BY_____
　　　　　　　　　　　　　　　　　DENNIS L. BECK
　　　　　　　　　　　　　　　　　United States Magistrate Judge

3