**FILED**
August 24, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>v.                               )<br>                                 )<br>JESUS DOMINGUEZ MARTINEZ,        )<br>                                 )<br>            Defendant.           ) | Case No. 1:11-CR-00274-LJO<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JESUS DOMINGUEZ MARTINEZ, Case No. 1:11-CR-00274-LJO from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $25,000.00.

    _X_   Co-Signed Unsecured Appearance Bond

    ___   Secured Appearance Bond

    _X_   (Other) <u>Conditions as stated on the record.</u>

___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  08-24-11  at 2:34 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge