```
                                                          FILED
                                                        August 24, 2011
       UNITED STATES DISTRICT COURT FOR THE          CLERK, US DISTRICT COURT
                                                      EASTERN DISTRICT OF
           EASTERN DISTRICT OF CALIFORNIA                  CALIFORNIA
                                                           DEPUTY CLERK
```

UNITED STATES OF AMERICA,      )
                               )   Case No. 1:11-CR-00274-LJO
                Plaintiff,     )
v.                             )
                               )   ORDER FOR RELEASE OF
JESUS DOMINGUEZ MARTINEZ,      )   PERSON IN CUSTODY
                               )
                Defendant.     )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JESUS DOMINGUEZ MARTINEZ, Case No. 1:11-CR-00274-LJO from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $25,000.00.

    _X_ Co-Signed Unsecured Appearance Bond

    ___ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  08-24-11  at 2:34 p.m.

By  /s/ Edmund F. Brennan
    Edmund F. Brennan
    United States Magistrate Judge