BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
GRANT B. RABENN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALFONSO CASAREZ,<br>ROSEMARY FIERROS,<br>VICTOR VASQUEZ,<br>ANGEL OCIRIS GUTIERREZ,<br>ALCIDES URIAS,<br>DIMAS DOMINGUEZ MARTINEZ,<br>JESUS DOMINGUEZ MARTINEZ,<br>LUIS ALBERTO MORENO DELGADO,<br>ARMANDO TREYES ANDRADE,<br>ARMANDO SOLORIO HEREDIA,<br>JOSE MANUEL GARCIA,<br>ARMANDO MARAVILLA, and<br>CASSANDRA CASAREZ FIERROS,<br><br>    Defendants. | CASE NO.:  1:11-cr-00274-LJO<br><br>**STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANTS** |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal and confidential information including but not limited to Social Security numbers, dates of birth, bank account numbers, telephone numbers, and residential addresses ("Protected Information"); and

1  WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendants, by and through their counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Henry Z. Carbajal III, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff.  Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in

connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

    5.   Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

    6.   Defense Counsel shall be responsible for advising his Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

    7.   In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

    IT IS SO STIPULATED.

```
DATED: September 29, 2011          BENJAMIN B. WAGNER
                                   United States Attorney


                               By: /s/Henry Z. Carbajal III
                                   HENRY Z. CARBAJAL III
                                   Assistant U.S. Attorney


DATED: September 29, 2011      By: /s/Marc Days
                                   MARC DAYS
                                   Attorney for Defendant
                                   ALFONSO CASAREZ


DATED: September 29, 2011      By: /s/James R. Homola
                                   JAMES R. HOMOLA
                                   Attorney for Defendant
                                   ROSEMARY FIERROS


DATED: September 29, 2011      By: /s/Martin Taleisnik
                                   MARTIN TALEISNIK
                                   Attorney for Defendant
                                   VICTOR VASQUEZ
```

```
DATED: September 29, 2011      By:  /s/Daniel A. Bacon
                                    DANIEL A. BACON
                                    Attorney for Defendant
                                    ANGEL OCIRIS GUTIERREZ

DATED: September 29, 2011      By:  /s/David J. Cohen
                                    DAVID J. COHEN
                                    Attorney for Defendant
                                    ALCIDES URIAS

DATED: September 29, 2011      By:  /s/Julius M. Cruz
                                    JULIUS M. CRUZ
                                    Attorney for Defendant
                                    DIMAS DOMINGUEZ MARTINEZ

DATED: September 29, 2011      By:  /s/Dale A. Blickenstaff
                                    DALE A. BLICKENSTAFF
                                    Attorney for Defendant
                                    JESUS DOMINGUEZ MARTINEZ

DATED: September 29, 2011      By:  /s/Tina M. Barberi
                                    TINA M. BARBERI
                                    Attorney for Defendant
                                    JOSE MANUEL GARCIA

DATED: September 29, 2011      By:  /s/Gary L. Huss
                                    GARY L. HUSS
                                    Attorney for Defendant
                                    LUIS ALBERTO MORENO DELGADO

DATED: September 29, 2011      By:  /s/Peter M. Jones
                                    PETER M. JONES
                                    Attorney for Defendant
                                    ARMANDO TREYES ANDRADE

DATED: September 29, 2011      By:  /s/David E. Jones
                                    DAVID E. JONES
                                    Attorney for Defendant
                                    ARMANDO SOLORIO HEREDIA

DATED: September 29, 2011      By:  /s/Barbara H. O'Neill
                                    BARBARA H. O'NEILL
                                    Attorney for Defendant
                                    ARMANDO MARAVILLA
```

```
DATED: September 29, 2011        By:   /s/Eric K. Fogderude
                                       ERIC K. FOGDERUDE
                                       Attorney for Defendant
                                       CASSANDRA CASAREZ FIERROS
```

IT IS SO ORDERED.

**Dated:    October 4, 2011**                /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE