```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
ROSEMARY FIERROS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 1:11-CR-00274 LJO |
| vs. | |
| | STIPULATION AND PROPOSED |
| ROSEMARY FIERROS, ET AL., | ORDER TO CONTINUE |
| | (NOTE CHANGE FROM STIPULATION) |
| Defendant. | |

Defendants by and through their undersigned attorneys, and the United States of America, by and through its attorney, Henry Carbajal, Assistant U.S. Attorney, hereby stipulate to the following joint request that the hearing scheduled for May 21, 2012 be continued to June 18, 2012 at 1:00 pm, and set for hearing on the calendar of Magistrate Judge Oberto.

The parties contend that there is good cause for the

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

requested continuance to permit the conclusion of plea negotiations that are currently underway, and final determinations concerning discovery; the parties are not prepared to select a trial date, pending completion of these processes.

DATED: May 15, 2012

| /s/ James R. Homola | /S/ Henry Z. Carbajal |
|---|---|
| JAMES R. HOMOLA | HENRY Z. CARBAJAL |
| Attorney for Defendant | Assistant U.S. Attorney |
| ROSEMARY FIERROS | |
| /s/ Tina M Barberi | /S/ Dale A. Blickenstaff |
| TINA M. BARBERI | DALE A. BLICKENSTAFF |
| Attorney for Defendant | Attorney for Defendant |
| JOSE MANUEL GARCIA | JESUS DOMINGUEZ MARTINEZ |
| /s/ Martin Taleisnik | /S/ Daniel A. Bacon |
| MARTIN TALEISNIK | DANIEL A. BACON |
| Attorney for Defendant | Attorney for Defendant |
| VICTOR VASQUEZ | ANGEL OCIRIS GUTIERREZ |
| /s/ Marc Days | /S/ David J. Cohen |
| MARC DAYS | DAVID J. COHEN |
| Attorney for Defendant | Attorney for Defendant |
| ALFONSO CASAREZ | ALCIDES URIAS |
| /s/ Gary L. Huss | /S/ Stephen Quade |
| GARY L. HUSS | STEPHEN QUADE |
| Attorney for Defendant | Attorney for Defendant |
| LUIS ALBERTO DELGADO | ARMANDO SOLORIO HEREDIA |
| /s/ Barbara Hope O'Neill | /s/ Robert S. Wynne |
| BARBARA HOPE O'NEILL | ROBERT S. WYNNE |
| Attorney for Defendant | Attorney for Defendant |
| ARMANDO MARAVILLA | DIMAS DOMINGUEZ MARTINEZ |

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

**ORDER**

The matter shall be placed on the calendar of District Judge O'Neill for hearing at 8:15 a.m Monday, June 18, 2012. The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).  Counsel are to notify their clients of the change of time from the stipulation, and bring their trial calendars for use at the next hearing.  The reason it will be before the undersigned is because the next hearing will be a TRIAL SETTING CONFERENCE.

IT IS SO ORDERED.

**Dated:   May 16, 2012**                             /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111