BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
GRANT B. RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL OCIRIS GUTIERREZ<br><br>Defendant, | CASE NO. 1:11-cr-00274 LJO<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>DATE: February 25, 2013<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 25, 2013 at 8:30 a.m.

2. By this stipulation, the parties move to continue sentencing until **April 8, 2013 at 8:30 a.m.**

3. The parties agree and stipulate that there are facts and circumstances that are currently under review that will not be resolved until early March 2013 that may impact the sentence of Mr. Gutierrez. It is respectfully requested that the current date set for sentencing be vacated and

1

that the matter be re-set for sentencing on April 8, 2013 at 8:30 a.m. or at a date and time thereafter that is convenient to the Court.

IT IS SO STIPULATED.

DATED:     February 8, 2013

                             /s/ Henry Z. Carbajal III
                             HENRY Z. CARBAJAL III
                             Assistant United States Attorney

DATED:     February 8, 2013

                             /s/Daniel A. Bacon
                             DANIEL A. BACON
                             Counsel for Defendant
                             ANGEL OCIRIS GUTIERREZ

**O R D E R**

IT IS SO ORDERED.

   Dated:   **February 11, 2013**            **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE